AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Wendy Patricia ROJAS-Ardon<br><br>_Defendant(s)_ | )<br>)<br>)  Case No: 25-877 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 24, 2025</u> in the county of <u>Otero</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1253(Failure to depart)</u>, an offense described as follows:

Penalty for failure to depart

This criminal complaint is based on these facts:
On April, 24, 2025, US Border Patrol Agents encountered ROJAS at an immigration checkpoint located on US Highway 70, west of Alamogordo, NM. ROJAS was greeted by an agent and then asked about her immigration status. ROJAS produced a Honduran passport but did not have any proper immigration documentation that would allow her to be or remain in the United States legally.

ROJAS stated that she entered the United States illegally in 2005, near Hidalgo, Texas, at a place not designated as an official Port of Entry and was not inspected by an immigration official.

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Jose M. Gonzalez, Agent
_Printed name and title_

Sworn to before me ~~and signed in my presence.~~ VIA PHONE.

Date: April 25, 2025

City and state: Las Cruces, N.M.

_____
_Judge's signature_

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Wendy Patricia ROJAS-Ardon

**Continuation of Statement of Facts:**
Upon conducting research into the removal proceedings for ROJAS, the following information was discovered.
ROJAS signed and acknowledged Government Form I-862 (Notice to Appear) dated July 8, 2005, certifying that she was served with the form in the Spanish language.
When ROJAS signed the I-862, she was notified orally and in writing that if she failed to provide an address, or failed to attend her immigration hearing, a removal order may be made by the judge in her absence, and that she may be arrested and detained by INS.
Form I-862 also directed ROJAS to provide INS (Immigration and Naturalization Service), now known as the USCIS, with her full mailing address and telephone number using Government Form EOIR-33. ROJAS was given a copy of the EOIR-33, and informed that notice of her immigration hearing and future hearings would be mailed to that address, providing the time, date, and place. Government Form EOIR-33 also noted that failure to appear for her hearing may result in removal.
ROJAS was ordered to appear on September 22, 2005. When she did not appear, an immigration judge issued an order of removal from the United States.
Despite these notices, ROJAS remained unlawfully in the United States until she was apprehended by law enforcement on April 24, 2025.
No immigration applications were found with her name or naming her as a beneficiary. Records checks revealed that ROJAS has not left the United States since her illegal entry in 2005.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Gonzalez, Jose M.
Filing Agent